IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated employees,

    Plaintiff(s),

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant's Unopposed Motion for Amendment of Scheduling Order [filed June 15, 2005] is **denied as premature.** This motion may be renewed if the District Judge upholds the March 3, 2005, Recommendation of United States Magistrate Judge.

Dated:  June 20, 2005