IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated employees,

    Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant.

___

## ORDER DENYING STIPULATED JOINT MOTION TO VACATE TRIAL AND FINAL PRETRIAL CONFERENCE

___

THIS MATTER coming before the Court on the parties' Stipulated Joint Motion To Vacate Trial And Final Pretrial Conference , IT IS HEREBY

ORDERED that the parties' motion is DENIED as premature. It is premised upon events that have not yet, and may not occur.

Dated this 12th day of August, 2005.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge