IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated
employees,

      Plaintiff,

v.

HEARTLAND HOME FINANCE, INC.,

      Defendant.

---

## ORDER DENYING, IN PART, STIPULATED
## AND UNOPPOSED MOTION TO CONTINUE

---

THIS MATTER comes before the Court on the parties' Stipulated and Unopposed

Motion to Continue Trial and Final Pretrial Conference Dates **(#334)**.

**IT IS ORDERED** that the motion **(#334)** is **DENIED IN PART** and **RESERVED IN**

**PART**.  The final pre-trial conference shall proceed as scheduled.  At such conference, the Court

will address any trial issues raised in the motion.

Dated this 31st day of January, 2006

**BY THE COURT:**

_Marcia S. Krieger_
_____

Marcia S. Krieger
United States District Judge