IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated employees, and
OTHER INDIVIDUALS WHO HAVE CONSENTED TO JOIN THIS ACTION,

      Plaintiffs,

v.

HEARTLAND HOME FINANCE, INC.,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that plaintiff's responses to Defendant Heartland's Motion to Compel Discovery [filed February 23, 2006; Doc. No. 355] and Defendant's Motion for Sanctions Against Ron Gundel [filed February 23, 2006; Doc. No. 356] are due on or before **March 15, 2006.**  Replies, if any, are due on or before **March 20, 2006.**

      IT IS **ORDERED** that a hearing on the above motions shall be held on **March 30, 2006 at 9:00 a.m.**, in Courtroom A501.  Counsel must be present and shall meet and confer from **8:00 a.m. to 9:00 a.m.** in the magistrate judge's conference room prior to the hearing in an effort to resolve discovery issues.

      IT IS **FURTHER ORDERED** that the Motion for Leave to Take the Deposition of Ron Gundel [filed February 23, 2006; Doc. No. 357] is **denied** for failure to comply with D.C.Colo. LCivR 7.1.A.

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  February 27, 2006