IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:03-CV-02485-MSK-PAC

Camille Melonakis-Kurz,
individually and on behalf of other similarly situation employees,
and other individuals who have consented to join this action,

                Plaintiff,

v.

Heartland Home Finance, Inc.,

                Defendant.

---

**ORDER GRANTING DEFENDANT'S AMENDED MOTION FOR LEAVE TO TAKE DEPOSITION OF RON GUNDEL**

---

Defendant, Heartland Home Finance, Inc., by counsel, having filed its Motion for Leave, [Doc 364] the Court, being fully advised, now grants said Motion for the purpose of deposing Ron Gundel.

IT IS, THEREFORE, ORDERED that Defendant's Amended Motion for Leave [Doc 364] is granted, and Defendant is granted ~~leave~~ to take the deposition of Ron Gundel *[handwritten: an extension of the discovery deadline to March 30, 06 only. A will have to subpoena Mr. Gundel for his deposition; it is not responsible for causing Gundel's appearance.]*

DATE: March 6, 06

                S/ PATRICIA A COAN
                Magistrate JUDGE, United States District Court for the
                District of Colorado

Distribution:

**ICE MILLER LLP**
David J. Carr, david.carr@icemiller.com
Steven F. Pockrass, steven.pockrass@icemiller.com
Margaret Wielenberg, margaret.wielenberg@icemiller.com
Beth Hatfield, beth.hatfield@icemiller.com
Elizabeth T. Raymond, elizabeth.raymond@icemiller.com
Eileen P. Huff, eileen.huff@icemiller.com

**HOGAN & HARTSON LLP**
Sean R. Gallagher, srgallagher@hhlaw.com