IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated employees, and
OTHER INDIVIDUALS WHO HAVE CONSENTED TO JOIN THIS ACTION,

    Plaintiffs,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**
May 3, 2006

    Due to advisement of the parties' settlement of this matter, IT IS HEREBY

    **ORDERED** that the Settlement Conference set for May 3, 2006 is vacated.  It is further

    **ORDERED** that the stipulation for dismissal is due by **May 10, 2006**.  It is further

    **ORDERED** that defendant Heartland's Motion to Compel, filed February 23, 2006, Doc. # 355, is denied as moot.

    Counsel are further ADVISED that they are to file a motion to vacate further proceedings before Judge Krieger