IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 03-cv-02485-MSK-PAC

CAMILLE MELONAKIS-KURZ, individually and on behalf of other similarly situated employees, and
OTHER INDIVIDUALS WHO HAVE CONSENTED TO JOIN THIS ACTION,

    Plaintiffs,

v.

HEARTLAND HOME FINANCE, INC.,

    Defendant.

## ORDER DENYING MOTION TO VACATE

THIS MATTER comes before the Court on the parties' Unopposed Joint Motion to Vacate All Currently Scheduled Proceedings and Deadlines **(#389)**. They represent that they have settled this case, subject to the Court's approval, and therefore desire that no evidentiary hearing be held on the motion to decertify this collective action.

**IT IS ORDERED** that the motion **(#389)** is **DENIED**. However, the hearing currently set for May 11, 2006 shall be a hearing to discuss the settlement agreement and the motions **(#390, #391)** related thereto, not an evidentiary hearing on the motion to decertify.

Dated this 9th day of May, 2006

                                            **BY THE COURT:**

                                            */s/ Marcia S. Krieger*

                                            Marcia S. Krieger
                                            United States District Judge